**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 99-1429**

─────────────

DENISE SMITH,

Plaintiff - Appellant,

versus

HOWARD COUNTY GENERAL HOSPITAL,

Defendant - Appellee.

─────────────

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Marvin J. Garbis, District Judge.  (CA-97-696-MJG)

─────────────

Submitted:  September 9, 1999        Decided:  September 14, 1999

─────────────

Before ERVIN, WILKINS, and HAMILTON, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Denise Smith, Appellant Pro Se.  Jay Robert Fries, Baltimore, Maryland, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Denise Smith appeals the district court's award of costs to defendants in this employment discrimination case. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Smith v. Howard County General Hospital, No. CA-97-696-MJG (D. Md. Mar. 1, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is marked as filed on February 26, 1999, the district court's records show that it was entered on the docket sheet on March 1, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).